UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| BLUE STATE REFUGEES, LUKE ROBERTSON, CHAD DOLLICK,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, GOVERNOR OF SOUTH DAKOTA, IN HER OFFICIAL CAPACITY; SCOTT BOLLINGER, COMMISSIONER, BUREAU OF ADMINISTATION, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; BRENT GILL, MANAGER, BUILDINGS AND GROUNDS, BUREAU OF ADMNISTRATION, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; AND LEAH SVENDSEN, SPECIAL PROJECTS COORDINATOR, BUREAU OF ADMINISTRATION, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES;<br><br>Defendants. | 3:21-CV-03024-RAL<br><br>ORDER REQUIRING ANSWER AND RESPONSE TO MOTION TO ALTER OR AMEND ORDER |

On December 3, 2021, Plaintiffs filed a Motion to Alter or Amend, Doc. 15, requesting that this Court amend its order of November 5, 2021, denying Plaintiffs' request for injunctive relief as moot. In short, Plaintiffs received a permit for the protest they desired to conduct on the South Dakota Capitol grounds after filing this lawsuit but remain unsatisfied with the State Defendants' alleged lack of commitment to forego what Plaintiffs characterize as a "seasonal speech ban." Doc. 16. Plaintiffs want this Court to direct Defendants to respond to the request for preliminary injunction. The Defendants have not answered or otherwise responded. This Court

has not dismissed this case, but merely encouraged the parties to file a joint motion to dismiss when it appeared that issues between them had resolved. Doc. 14 at 7. For good cause, it is

ORDERED that Defendants have 14 days to answer or otherwise respond to the Complaint and to respond to the motion to alter or amend order filed in CM/ECF as Doc. 15. It is further

ORDERED that the Clerk of Court provide the Office of the Attorney General of the State of South Dakota with a copy of this order.

DATED this 3rd day of December, 2021.

BY THE COURT:

_____
ROBERTO A. LANGE
CHIEF JUDGE