IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| BLUE STATE REFUGEES; LUKE ROBERTSON; and CHAD DOLLICK, <br><br>Plaintiffs, <br><br>v. <br><br>KRISTI NOEM, Governor of South Dakota, in her official capacity; SCOTT BOLLINGER, Commissioner, Bureau of Administration, in his official and individual capacities; BRENT GILL, Manager, Buildings and Grounds, Bureau of Administration, in his official and individual capacities; and LEAH SVENDSEN, Special Projects Coordinator, Bureau of Administration, in her official and individual capacities, <br><br>Defendants. | Case No.3:21-CV-03024-RAL <br><br><br><br><br><br><br><br><br><br>STIPULATED CONSENT DECREE AND ENTRY OF ORDER |

Plaintiffs Blue State Refugees, Luke Robertson, and Chad Dollick ("the Blue State Refugees") and Defendants Kristi Noem et al. ("the State"), to avoid the expense of further litigation and trial, have entered into a Settlement Agreement whereby Kristi Noem et al. agree that the State will amend its policies and guidelines entitled State Capitol and

Capitol Grounds Use Guidelines regarding permitting of activities on the State Capitol grounds. The Parties, therefore, submit the following to the Court for approval as a Consent Decree.

Accordingly, based on the consent and agreement of the Parties, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. On or before January 11, 2022, the State will amend its policies and guidelines entitled State Capitol and Capitol Grounds Use Guidelines regarding permitting of activities on State Capitol grounds. The amended policies and guidelines will provide that restrictions on the time and place of assembly, speech, and petition are narrowly tailored to advance the State's significant interests consistent with the First Amendment of the Constitution of the United States of America.

2. In accordance with the above, and by the issuance of this Consent Degree, Blue State Refugees are prevailing parties.

3. Because attorneys' fees have not yet been resolved, the Parties agree to settle the claim for attorneys' fees and costs herein by January 11, 2022. In the event the Parties cannot agree on an acceptable amount for attorneys' fees and costs by January 11,

2022, the Parties will submit the issue to this Court pursuant to the Rules of Federal Procedure and this Court's local rules for a determination of the same by January 25, 2022.

4. This Decree is binding on the Parties, their successors, agents, attorneys, and assigns.

5. This Court only retains jurisdiction of this matter if it is brought back before the Court in order to determine the Parties' attorneys' fees and costs or to enforce the provisions of this Consent Decree and Settlement Agreement within six months of the State's amendments of its policies and guidelines.

Dated this the 15th day of December, 2021.

Dated this the 15th day of December, 2021.

_____
Stacy R. Hegge
Richard M. Williams
Catherine Seeley
Gunderson Palmer Nelson & Ashmore, LLP
111 W. Capitol Ave., Suite 230
Pierre, SD 57501
605-494-0105
shegge@gpna.com
COUNSEL FOR PLAINTIFFS

_____
Jeffery Tronvold
Deputy Attorney General
Office of Attorney General
1302 E. Hwy. 14, Ste. 1
Pierre, SD 57709-9129
605-773-3215
jeffery.tronvold@state.sd.us
COUNSEL FOR DEFENDANTS

Pursuant to the above stipulation, and for good cause shown, IT IS SO ORDERED.

Dated this 17th day of December, 2021.

_____
Hon. Roberto A. Lange
Chief Judge