IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
CENTRAL DIVISION

| | |
|---|---|
| BLUE STATE REFUGEES, et al., | ) Case No. 3:21-cv-03024 |
| | ) |
| Plaintiffs, | ) |
| | ) PLAINTIFFS' MOTION |
| v. | )  FOR LEAVE TO FILE |
| | )    REPLY BRIEF |
| KRISTI NOEM, Governor of South | ) |
| Dakota, in her official capacity, et al., | ) |
| | ) |
| Defendants. | ) |

_____

Plaintiffs Blue State Refugees, Luke Robertson, and Chad Dollick, by and through their attorneys of record of Gunderson, Palmer, Nelson & Ashmore, LLP, and Alan Gura of Institute of Free Speech, move this Court for leave to file a reply brief to Defendants' Response to Motion regarding Motion for Attorney Fees and Costs.

Local Rule 54.1(C) allows Plaintiffs to file only a motion and affidavit containing attorney time spent and factual matters pertinent to the motion for attorney fees.  The Local Rule does not allow for an initial brief in support or a reply brief.

Defendants filed a Memorandum in Opposition to Plaintiffs' Motion for Attorney Fees and Costs, Doc. 28.  Such memorandum is 14

pages and has numerous citations to case law.  Through a reply brief, Plaintiffs wish to address the relevant case law and distinguish the cases Defendants cite.  Defendants also pointed to many factual reasons to support Defendants' argument that the Court should limit the attorney fees granted.  Such individual arguments regarding specific entries and other issues are impossible to fully anticipate when initially filing an affidavit in support of such fees.  Plaintiffs would like to reply to such factual arguments in a reply brief so the issues are fully briefed for the Court's consideration.

In summary, Plaintiffs respectfully request the Court grant Plaintiffs leave to file a reply brief to Defendants' Memorandum in Opposition to Plaintiffs' Motion for Attorneys' Fees and Costs.

Dated:          February 17, 2022          Respectfully submitted,

_/s/ Stacy R. Hegge_

Alan Gura*                              Stacy R. Hegge
INSTITUTE FOR FREE SPEECH               GUNDERSON, PALMER, NELSON &
1150 Connecticut Ave., N.W.             ASHMORE, LLP
Suite 801                                111 W. Capitol Ave., Suite 230
Washington, DC 20036                    Pierre, SD 57501
202.967.0007                            605.494.0105
agura@ifs.org                           shegge@gpna.com

Counsel for Plaintiffs

2