UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

CENTRAL DIVISION

| | |
|---|---|
| BLUE STATE REFUGEES, LUKE ROBERTSON, CHAD DOLLICK,<br><br>Plaintiffs,<br><br>vs.<br><br>KRISTI NOEM, GOVERNOR OF SOUTH DAKOTA, IN HER OFFICIAL CAPACITY; SCOTT BOLLINGER, COMMISSIONER, BUREAU OF ADMINISTATION, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; BRENT GILL, MANAGER, BUILDINGS AND GROUNDS, BUREAU OF ADMNISTRATION, IN HIS OFFICIAL AND INDIVIDUAL CAPACITIES; AND LEAH SVENDSEN, SPECIAL PROJECTS COORDINATOR, BUREAU OF ADMINISTRATION, IN HER OFFICIAL AND INDIVIDUAL CAPACITIES;<br><br>Defendants. | 3:21-CV-03024-RAL<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

This case involved a dispute over whether Defendants could deny Plaintiffs a permit to demonstrate on State Capitol grounds and then the reasonable amount of attorneys' fees and costs to which Plaintiffs were entitled. A Stipulated Consent Decree and Entry of Order was filed on the substantive issue on December 17, 2021, and this Court filed its Opinion and Order Granting Motion for Attorneys' Fees in Part on April 4, 2022. At this point, there are no issues remaining in this case, and the case appears proper to administratively terminate, subject to any motion to reopen under Section 5 of the Consent Decree "to enforce the provisions of this Consent Decree

and Settlement Agreement within six months of the State's amendments of its policies and guidelines." Therefore, it is

ORDERED that this case is administratively closed, subject to a motion to reopen within the terms of the Stipulated Consent Decree and Entry of Order.

DATED this 25th day of May, 2022.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE